IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**TIMOTHY LAWRENCE BURRUS**                      **PLAINTIFF**

v.                                CAUSE NO. 1:16-cv-424-LG-RHW

**TROY PETERSON, et al.**                             **DEFENDANTS**

## FINAL JUDGMENT

Pursuant to the Order of Dismissal issued this date and incorporated herein by reference,

**IT IS, HEREBY ORDERED AND ADJUDGED** this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to obey the Court's Orders and to prosecute.

**SO ORDERED AND ADJUDGED** this the 27th day of July, 2017.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
Chief U.S. District Judge